THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY SMITH, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted November 17, 1941; decided December 10, 1941.

*Stanley Smith,* in person, for motion.

No one opposed.

Motion denied on the ground that this court has no power to grant leave to appeal from the interlocutory order of the Appellate Division.